# COMPLAINT FORM

(for filers who are prisoners without lawyers)

FILED
10/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF INDIANA

(Full name of plaintiff(s))

Tyree M. Neal, Sr.,

vs

(Full name of defendant(s))

Wolfe's Auto Auction, et. al.,

Case Number:

3:23-cv-00172-MPB-CSW

(to be supplied by clerk of court)

Re: EEOC Charge No: 470-2023-00831

A.  PARTIES

1.  Plaintiff is a citizen of Texas, and is located at (State)

Rolling Plain Detention Cntr., Haskell County Jail, 118 Cnty Rd 206, Haskell, Tx 79521
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant Mark "Spark" Bellomy & or Jeff Wolfe, et. al.,
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>Indiana</u> (<u>Indiana</u>
(State, if known)

and (if a person) resides at <u>2229 S. Kentucky Ave, Evansville, IN 47714</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Wolfe's Auto Auction Evansville, IN 47714</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Mark "Sparky" Bellomy employed @ Wolfe's Auto Auction as Recondition/Detail Manager (Shop Supervisor) who we subordinates reported to when vehicles were reconditioned & detailed.

Then one (1) day when I finished a vehicle that I was assigned went to get Shop supervisor who reported to [Jeff Wolfe] so that "Sparky" could look over my work... And @ this point "Sparky" used the racial epithet "Nigger"!

And "Sparky" did it while @ work for Wolfe's Auto Auction in a supervisor/manager position for no reason @ all...

I reported Mark "Sparky" Bellomy's racial degrading

invectives to Jeff Wolfe, Tony Wolfe & others ... to No Avail, "Spacky" continued to call me "Nigger" etc., And I have it recorded! And continualy used the epithet "Nigger".

This matter is in regards to Equal Employment Opportunity Commission (EEOC) charge No: 470-2023-00831 which involves a Civil Rights Violation(s) of 1964 Civil Rights Act Title VII.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $150,000.00.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the Court to Order ALL employee's & owner's of Wolfe's Auto Auction to take sensitivity classes & Award me $150,000.00 for being called a "Nigger" @ Work! Which violated Title VII of the Civil Rights Act of 1964.

E.  JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
    OR

☐ Court Trial - I want a judge to hear my case

Dated this 8th day of October 2023.

Respectfully Submitted,

_Ty- m.n f, Sr./G\_
Signature of Plaintiff

#202308100 17
Plaintiff's Prisoner ID Number

Rolling Plains Detention Center, Haskell County Jail,
118 Coty Rd. 206, Haskell, Tx 79521
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.