UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TYREE M. NEAL, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00172-MPB-CSW |
| WOLFE'S AUTO AUCTION, MARK BELLOMY a/k/a SPARK, and JEFF WOLFE, | ) ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

Consistent with today's order, this action is dismissed without prejudice for failure to prosecute. Judgment is entered in favor of Defendants and against Plaintiff. All issues have been finally resolved, and Plaintiff shall take nothing by way of his Complaint.

**IT IS SO ORDERED**.

Dated: May 29, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TYREE M. NEAL, SR.
916625
Maverick County Jail
1051 Balboa Jones Memorial Blvd.
Eagle Pass, TX 78852