UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TYREE M. NEAL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00172-MPB-CSW |
| | ) | |
| WOLFE'S AUTO AUCTION, | ) | |
| MARK BELLOMY | ) | |
|    a/k/a SPARK, | ) | |
| JEFF WOLFE, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Wolfe's Auto Auction, Mark Bellomy a/k/a Spark, and Jeff Wolfe and against Tyree M. Neal, Sr.

**IT IS SO ORDERED.**

Dated: October 30, 2024

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Tyree M. Neal, Sr.
903 East Jackson Street
Marion, IL 62959